**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
Michael D. Mandel, Esq. (SBN 216934)
John A. Van Hook, Esq. (SBN 205067)
Christopher A. Killens, Esq. (SBN 254466)
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:  (310) 315-8210

Attorneys for Defendants
BANK OF AMERICA CORPORATION, LANDSAFE, INC. AND LANDSAFE APPRAISAL SERVICES, INC.

**BRYAN SCHWARTZ LAW**
Bryan J. Schwartz (SBN 209903)
Email: bryan@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Terry P., Boyd, Ethel Joann Parks, Sonia Medina, and Linda Zanko, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. SACV13-00561-DOC (JPRx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**Complaint Filed: April 9, 2013**<br>**Trial Date: None Set** |

## RECITALS

WHEREAS, Plaintiff Terry Boyd filed a Complaint in this court on April 9, 2013 against Defendants Bank of America Corporation, LandSafe, Inc. and LandSafe Appraisal Services, Inc. ("Defendants"); and

WHEREAS, on May 16, 2013, Plaintiff Boyd filed the operative First Amended Complaint ("FAC"), which added three named plaintiffs (collectively, "Plaintiffs") [Dkt. # 13];

WHEREAS, on May 31, 2013, the parties stipulated to allow Plaintiffs to file a Second Amended Complaint ("SAC") and to allow Defendants 14 days after the filing of that SAC to respond to the SAC (Dkt. #17), but this Court has not yet acted on that stipulation;

WHEREAS, on June 7, 2013, Defendants filed their Answer to the FAC [Dkt. #21];

WHEREAS, on June 7, 2013, the Court issued an Order Setting Scheduling Conference [Dkt. #22], setting a Scheduling Conference for August 12, 2013, and requiring the parties to confer pursuant to Fed.R.Civ.P. 26(f) no later than July 22, 2013;

WHEREAS, good cause exists to extend the deadline for Plaintiffs to file a motion for class certification beyond the timeframe established in Central District L.R. 23-3, so that the Parties may conduct some initial discovery prior to the briefing on a motion for class certification; and

WHEREAS, the parties agree and are stipulating herein to an extension of the deadline to file a motion for class certification until 120 days after the parties conduct their Rule 26(f) conference.

///

///

///

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants through their respective undersigned counsel that Plaintiffs' time within which to file their motion for class certification pursuant to Fed.R.Civ.P. 23, shall be and hereby is extended until 120 days after the parties conduct their Rule 26(f) conference.

DATED: June 11, 2013

**BRYAN SCHWARTZ LAW**

By: _/s/ Bryan J. Schwartz_
    Bryan J. Schwartz, Esq.

Attorneys for Plaintiffs
Terry Boyd, Ethel Joann Parks, Sonia Medina. and Linda Zanko

DATED: June 11. 2013

**MCGUIREWOODS LLP**

By: _/s/ Michael D. Mandel_
    Matthew C. Kane, Esq.
    Michael D. Mandel, Esq.
    John A. Van Hook, Esq.
    Christopher A. Killens, Esq.

Attorneys for Defendants
Bank of America Corporation, LandSafe, Inc., and LandSafe Appraisal Services, Inc.