# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 13-0561-DOC (JPRx)                                           Date:  May 7, 2014

Title: TERRY P. BOYD, ET AL. v. BANK OF AMERICA CORP., ET AL.

PRESENT:

#### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CONTINUING PRELIMINARY APPROVAL AND CLASS CERTIFICATION HEARINGS [118][166]**

     Before the Court are two matters: Plaintiff's Motion to Certify Class (Dkt. 118) and Plaintiff's Unopposed Motion for Preliminary Approval of Partial Class Action Settlement (Dkt. 166).  The hearing for the former is set for May 19, 2014 and the hearing for the latter is set for May 12, 2014.

     The Court hereby CONTINUES both hearings to June 3, 2014.

     The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                                                      Initials of Deputy Clerk: jcb