BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
bryan@bryanschwartzlaw.com
William C. Jhaveri-Weeks (SBN 289984)
bill@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
Wilmer J. Harris (SBN 150407)
wharris@sdshhlaw.com
715 Fremont Ave.
S. Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile:  (626) 283-5770
[Additional counsel on following page]
*Attorneys for Individual and Representative Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry P. Boyd, Ethel Joann Parks, Sonia Medina, Linda Zanko, and Victor Galaz individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 13-CV-00561 DOC (JPRx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT (ECF No. 166) AND MOTION FOR CLASS CERTIFICATION (ECF No. 118) FROM JUNE 3, 2014 TO JUNE 23, 2014**<br><br>Judge: David O. Carter<br><br>Complaint Filed: April 9, 2013 |

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
Benjamin Schonbrun (SBN 118323)
bschonbrun@sdshhlaw.com
Michael D. Seplow (SBN 150183)
mseplow@sdshhlaw.com
Aidan C. McGlaze (SBN 277270)
amcglaze@sdshhlaw.com
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

*Attorneys for Individual and Representative
Plaintiffs and the Putative Class*

* * * * * * * * * * * * *

Whereas, Plaintiffs have filed a Motion for Preliminary Approval of Partial Class Action Settlement (ECF No. 166), which was scheduled to be heard on May 12, 2014;

Whereas, Plaintiffs have filed a Motion for Class Certification (ECF No. 118), which was scheduled to be heard on May 19, 2014;

Whereas, on May 7, 2014, the Court issued a Scheduling Order (ECF No. 192) continuing both hearings to June 3, 2013;

Whereas, Counsel who is to argue the motions for Plaintiffs, Bryan Schwartz, has scheduled a pre-paid family vacation out of state on that date;

Whereas, Counsel for both sides are available on June 23, 2014 – a date on which the Court's Clerk has informed Plaintiffs' Counsel that the Court is available;

//
//
//
//
//

1

Therefore, the Parties jointly request that the Court continue the hearing on the motions to June 23, 2014, at 8:30 a.m.

DATED: May 8, 2014 **BRYAN SCHWARTZ LAW**

By: */s/ Bryan J. Schwartz*
Bryan J. Schwartz  SBN 209903

*Attorneys for Plaintiffs*

DATED: May 8, 2014 **McGuireWoods LLP**

By: */s/ Michael D. Mandel*
Michael D. Mandel (SBN 216934)
*Attorneys for Defendants*