BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
bryan@bryanschwartzlaw.com
William C. Jhaveri-Weeks (SBN 289984)
bill@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

SCHONBRUN DESIMONE SEPLOW
 HARRIS & HOFFMAN LLP
Wilmer J. Harris (SBN 150407)
wharris@sdshhlaw.com
715 Fremont Ave.
S. Pasadena, CA 91030
Telephone: (310) 396-0731
Facsimile: (310 399-7040
[Additional counsel on following page]
*Attorneys for Individual and Representative Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry P. Boyd, Ethel Joann Parks, Sonia Medina, Linda Zanko, and Victor Galaz individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 13-CV-00561 DOC (JPRx)<br><br>**DECLARATION OF ERICA POSEY IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**<br><br>Date:    November 17, 2014<br>Time:    8:30 a.m.<br>Place:    Courtroom 9D, Santa Ana<br>Hon. David O. Carter |

SCHONBRUN DESIMONE SEPLOW
 HARRIS & HOFFMAN, LLP
Benjamin Schonbrun (SBN 118323)
bschonbrun@sdshhlaw.com
Michael D. Seplow (SBN 150183)
mseplow@sdshhlaw.com
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310 399-7040

*Attorneys for Individual and Representative
Plaintiffs and the Putative Class*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I, Erica Posey, declare:

    1.    I am over 18 years of age, and I am competent to testify, and would so testify if called upon to do so, to the following matters on the basis of my personal knowledge, except as to those matters which are stated as upon information and belief, which are matters of which I am informed and which I believe to be true. I submit this declaration in support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs.

    2.    I am not a party to this matter.

    3.    I am employed as a paralegal at the law firm Bryan Schwartz Law, counsel for plaintiffs.

    4.    Attached hereto as Exhibit 1 is a true and correct copy of the itemized billing record of costs incurred by Bryan Schwartz Law on behalf of Review Appraisers. These records are kept in the regular course of business, and are updated contemporaneously. I routinely review these records to ensure that they accurately reflect the expenditures of Bryan Schwartz Law with respect to the above captioned matter, as detailed in credit card and banking statements, as well as physical receipts.

I declare under penalty of perjury that the foregoing is true and correct.

November 17, 2014
Oakland, California /s/ Erica Posey
Bryan Schwartz