# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. SA CV 13-0561-DOC | | Date November 17, 2014 |
| Title TERRY P. BOYD, ET AL V BANK OF AMERICA ET AL | | |

Present: The Honorable  DAVID O. CARTER, United States District Judge

| Deborah Goltz | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

    Bryan Schwartz              Michael Mandel
    Wilmer Harris

Proceedings:   Plaintiff's Motion for Attorney Fees and Costs [253]
Plaintiff's Motion for Settlement Approval of Unopposed Motion for Final Approval of Partial Class Settlement [259]

    Court and counsel confer. Costs to be submitted to the Court within 24 hours. The motions are taken under submission. The Court to issue an order.

: 13

Initials of Clerk   djg