**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Terry P. Boyd, Ethel Joann Parks, Sonia Medina, and Linda Zanko individually, on behalf of others similarly situated, and on behalf of the general public, <br><br>          Plaintiffs, <br>   vs. <br><br> Bank of America Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; and DOES 1-10, inclusive <br><br>          Defendants. | Case No.: 13-CV-00561 DOC (JPRx) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT   [354] <br><br> Date:    September 21, 2015 <br> Time:   8:30 a.m. <br> Place:   Courtroom 9D, Santa Ana <br> Hon. David O. Carter |

The Parties came for hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement on September 21, 2015 at 8:30 a.m. in the District Court for the Central District of California, the Honorable David O. Carter presiding. The Court, having considered the papers submitted in support of the application of the Parties, HEREBY ORDERS THE FOLLOWING:

1. To the extent terms in this Order are defined in the Joint Stipulation for Settlement and Release of Class and Collective Action Claims of Staff Appraisers (the "Settlement Agreement"), submitted to the Court as Exhibit 1 to the Declaration of Bryan J. Schwartz, Esq., such terms shall have the same meanings in this Order as in the Settlement Agreement.

2. The Court grants preliminary approval of the Settlement based upon the terms set forth in the Settlement Agreement and the preliminary approval Motion, and based upon the Schwartz and Seplow Declarations in support of the agreement and related exhibits, and all of the briefing and information submitted in this case to date. The Settlement appears to be fair, adequate and reasonable to the Class.

3. The Settlement is supported by the recommendations of counsel and was negotiated at arms' length, and is thus presumptively valid, subject to any objections that may be raised at the final fairness hearing, and to final approval by this Court.

4. To comply with the Ninth Circuit's decision in *In re Bluetooth Headset Litigation*, 654 F.3d 935 (9th Cir. 2011), Class Counsel will file their motion for fees and costs more than 15 days before the final approval motion deadline, on or before __November 23__, 2015.

5. A final fairness hearing on whether the proposed Settlement, attorneys' fees to Class Counsel, the Class Representative's enhancement payment, and the *cy pres* recipient should be approved as fair, reasonable and adequate as to the members of the Settlement Class will be held on __January 11, 2016__, at 8:30 a.m., in the Courtroom of the Hon. David O. Carter, Courtroom 9D, U.S. District Court for the Central District of California, Santa Ana Division.

6. The Court approves, as to form and content, the Notice of Class Action Settlement to Staff Appraisers ("Notice of Settlement") attached to the Settlement Agreement as Exhibit A. The Court approves the procedure for Class Members to participate in, opt out of, and object to the Settlement as set forth in the Notice of Settlement.

7. The Court directs the mailing of the Notice of Settlement in accordance with the Implementation Schedule set forth below. The Court finds that the dates selected for the mailing and distribution of the Notice meet the requirements of due process, provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled to notice of the proposed settlement.

8. The Court appoints Kurtzman Carson Consultants (KCC) as the settlement administrator, based on Counsel's declaration, testifying that KCC has experience with similar matters and offers a competitive bid, and KCC's prior services rendered successfully in the matter of the Review Appraiser settlement.

9. The Court orders the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline for Defendants to provide Class data to Claims Administrator | 15 days after Court enters an order granting preliminary approval. |
| Deadline for Dr. Kriegler to calculate Net Pro Rata Distribution and Plaintiffs' Counsel to deliver the same to Defendants' Counsel and the Claims Administrator | 15 days after Court enters an order granting preliminary approval. |
| Deadline for Parties' Counsel to review calculations | 7 days after receiving Net Pro Rata Distribution. |
| Deadline for Claims Administrator to Mail the Notice to Class Members | 5 days after receiving approval of calculations from Counsel. |
| Deadline for California Class Members to opt out or serve written objections to the settlement | 60 days after Notice of Proposed Class Action Settlement are mailed by the Claims Administrator. |
| Deadline for Class Counsel to file fee petition. | 15 days before the expiration of the 60 day period to opt out or serve objections to the settlement. |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement, Motion for Attorneys' Fees, Costs, and Enhancement Award | 5 Days after the Expiration of the 60 Day Period to opt out or serve objections to the settlement. |

| Final Fairness Hearing and Final Approval | Approximately 120 days after preliminary approval: _____ |

IT IS SO ORDERED

DATED: September 28, 2015

_____David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT