**McGuireWoods LLP**
Michael D. Mandel, Esq. (SBN 216934)
Email: mmandel@mcguirewoods.com
John A. Van Hook, Esq. (SBN 205067)
Email: jvanhook@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendants
BANK OF AMERICA CORPORATION, LANDSAFE, INC. AND LANDSAFE APPRAISAL SERVICES, INC.

**BRYAN SCHWARTZ LAW**
Bryan J. Schwartz (SBN 209903)
Email: bryan@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

(additional counsel on following page)
Attorneys for Individual and Representative Plaintiffs and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| Terry P., Boyd, Ethel Joann Parks, Sonia Medina, Linda Zanko, Victor Galaz, individually, and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>Bank of America Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; and DOES 1 to 10, inclusive,<br><br>           Defendants. | CASE NO. SACV13-00561-DOC (JPRx)<br><br>**JOINT STIPULATION RE CLASS MEMBERS AND ALLOCATION OF SETTLEMENT** |

(additional counsel continued from previous page)

1
**JOINT STIPULATION RE CLASS MEMBERS AND SETTLEMENT ALLOCATION**

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
Benjamin Schonbrun (SBN 118323)
bschonbrun@sdshhlaw.com
Michael D. Seplow (SBN 150183)
mseplow@sdshhlaw.com
Aidan C. McGlaze (SBN 277270)
amcglaze@sdshh.com
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN, LLP
Wilmer J. Harris (SBN 150407)
wharris@sdshhlaw.com
Isabel M. Daniels (SBN 270887)
idaniels@sdshhlaw.com
715 Fremont Avenue, Suite A
South Pasadena, CA 91030
Telephone:  (626) 441-4129
Facsimile:  (626) 283-5770

Attorneys for Individual and Representative
Plaintiffs and the Plaintiff Class

**JOINT STIPULATION RE CLASS MEMBERS AND SETTLEMENT ALLOCATION**

Plaintiffs and Defendants Bank of America Corporation ("BAC"), LandSafe, Inc. ("LSI"), and LandSafe Appraisal Services, Inc. ("LAS") (collectively "Defendants") (Defendants and Plaintiffs are collectively, "the Parties"), through their respective counsel of record, hereby enter into this stipulation with reference to the facts set forth below.

## RECITALS

WHEREAS, Plaintiffs filed the complaint in this matter on April 9, 2013 alleging that both review appraisers and residential staff appraisers were improperly classified as non-exempt employees;

WHEREAS, on November 18, 2014, the Court granted final approval to the settlement of the class involving review appraisers after receiving no objections to the settlement from any member of the review appraiser class;

WHEREAS, on September 28, 2015, the Court granted preliminary approval of the $36,000,000 non-reversionary settlement of the claims of the remaining review appraiser class ("the Class") [Dkt. 371];

WHEREAS, as set forth in the Motion for Preliminary Approval [Dkt. 354] and supporting declarations and documents, counsel for Plaintiffs and Defendants have been working with Plaintiffs' expert, Dr. Brian Kriegler, to confirm the accuracy of the transaction and payroll data which will be used to calculate the settlement allocation to the Class and to confirm who is a member of the Class;

WHEREAS, as a result of reviewing this data, it has been determined that one person, Kim Douglas, who was provided with Class Notice of the California Rule

23 class action in June 2014, did not perform the job duties of a Staff Appraiser during the relevant time period, and does not have sufficient transaction data to be considered a class member according to the theories and claims alleged by Plaintiffs in this lawsuit; and as a result, the parties agree that she should never have been included as a member of the Class, and will not be a party to, or bound by, the settlement in this case;

WHEREAS, as a result of reviewing the data and including agreed upon late opt-ins, the parties have confirmed that there are 368 Class Members (instead of 365 as mentioned in the Motion for Preliminary Approval, and the estimated 367 Class Members referenced in the Settlement Agreement);

WHEREAS, in order to provide for a more equitable distribution among the Class, the method for allocating the settlement among the Class Members, which is described in the Motion for Preliminary Approval and the Declaration of Michael D. Seplow [[Dkt 356] ("Seplow MPA Declaration") and is based on Dr. Brian Kreigler's analysis of the appraisal transaction data for the class period, will also account for the number of weeks class members worked within the relevant class period and the Notice to the Class will be revised accordingly to reflect this information[1];

---

[1] Specifically, in calculating each Class Member's Net Pro Rata Share of the Settlement, the formula set forth in Paragraph 9 of the Seplow MPA Declaration shall be modified as follows:  Each class member will be allocated $100 for each work week during the Class Period in which they were employed by Defendants as a residential appraiser. The aggregate of this allocation (approximately $7,400,000) is then deducted from the approximate Net Settlement Amount ($23,000,000) and this amount (approximately $15,600,000) will be used to calculate the remaining amounts due to each class member using the average time to complete the appraisals from the survey and the Defendants' transaction data.  These calculations will be

4
**JOINT STIPULATION RE CLASS MEMBERS AND SETTEMENT ALLOCATION**

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, that:

1. The parties have determined, based upon the review of Defendants' personnel and appraisal transaction data, that Kim Douglas, who was provided with Class Notice of the California Rule 23 Class Action in June 2014, is not to be part of the Class because she has no potential damages according to the claims asserted by Plaintiffs in this lawsuit; and as a result, Ms. Douglas will not be a party to, or bound by, the settlement in this case and will be provided notice by the parties that she is not, and never was, a member of the Class that was alleged by Plaintiffs and certified by the Court, and is not bound by the settlement;

2. The parties will jointly prepare and submit a letter to Ms. Douglas advising her that, despite previously receiving notice of this lawsuit, the parties have determined she is not a class member;

3. The settlement allocation formula shall be based on both the transaction and survey data and the number of workweeks within the Class Period, as set forth herein and in the Declaration of Michael D. Seplow in Support of Stipulation Re Class Members and Settlement Allocation; and

made using the formula set forth in Paragraph 9 of the Seplow MPA Declaration to arrive at an allocation for each Class Member which is based on their transaction data and the number of workweeks within the class period. *See* Declaration of Michael D. Seplow in Support of Joint Stipulation Re Class Members and Settlement Allocation (which is being filed concurrently with this Stipulation).

4. The Notice to the Class shall be modified to reflect these changes prior to it being mailed to Class Members.

IT IS SO STIPUATED.

DATED: October 9, 2015    **BRYAN SCHWARTZ LAW**

**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN LLP**

By:  /s/ Michael D. Seplow
    Bryan J. Schwartz,
    Wilmer J, Harris
    Michael D. Seplow

Attorneys for the Plaintiffs and the Plaintiff Class

DATED:  October 9. 2015    **MCGUIREWOODS LLP**

By: /s/ John A. Van Hook
    Michael D. Mandel
    John A. Van Hook

Attorneys for Defendants
Bank of America Corporation, LandSafe, Inc., and LandSafe Appraisal Services, Inc.