8:13-CV-0561-DOC - 9/28/2015 - Item No. 9

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

TERRY P. BOYD, etc.,                )
                                    )   **CERTIFIED**
        Plaintiffs,                 )
                                    )
    vs.                             )   No. 8:13-CV-0561-DOC
                                    )       Item No. 9
BANK OF AMERICA CORP., et al.,      )
                                    )
        Defendants.                 )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Hearing on Motion

Santa Ana, California

Monday, September 28, 2015

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

**DEBBIE GALE, U.S. COURT REPORTER**

```
 1   APPEARANCES OF COUNSEL:

 2
     FOR PLAINTIFF TERRY P. BOYD, ETC.:
 3

 4       Bryan J. Schwartz
         Attorney at Law
 5       BRYAN SCHWARTZ LAW OFFICES
         1330 Broadway
 6       Suite 1630
         Oakland, California 94612
 7       510-444-9300
         bryan@bryanschwartzlaw.com
 8
         Michael D. Seplow
 9       Attorney at Law
         SCHONBRUN DeSIMONE SEPLOW HARRIS & HOFFMAN LLP
10       723 Ocean Front Walk
         Suite 100
11       Venice, California 90291
         310-396-0731
12       mseplow@gmail.com

13       Wilmer J. Harris
         Attorney at Law
14       SCHONBRUN DeSIMONE SEPLOW HARRIS & HOFFMAN LLP
         715 Fremont Avenue
15       Suite A
         South Pasadena, California 91030
16       626-441-4129
         wharris@sdshhlaw.com
17

18
     FOR DEFENDANT BANK OF AMERICA CORP., ET AL.:
19

20       Michael David Mandel
         Attorney at Law
21       McGuireWoods LLP
         1800 Century Park East
22       8th Floor
         Los Angeles, CA 90067
23       310-315-8200
         mmandel@mcguirewoods.com
24

25
```

**DEBBIE GALE, U.S. COURT REPORTER**

|   |   |   |
|---|---|---|
| 1 | **I N D E X** | |
| 2 | **PROCEEDINGS** | **PAGE** |
| 4 | Hearing on Motion for Preliminary Approval of Class action | 4 |

|       |    |                                                                            |
|-------|----|----------------------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, MONDAY, SEPTEMBER 28, 2015**                      |
|       | 2  | **Item No. 9**                                                             |
|       | 3  | (9:01 a.m.)                                                                |
| 09:01 | 4  | THE COURT:  Terry Boyd v. Bank of America.                                 |
| 09:01 | 5  | MR. MANDEL:  Good morning, Your Honor.  Michael                            |
|       | 6  | Mandel for the defendants.                                                 |
| 09:01 | 7  | THE COURT:  Pleasure.  How are you today?                                  |
| 09:01 | 8  | MR. HARRIS:  Good morning, Your Honor.  Wilmer                             |
|       | 9  | Harris for plaintiffs.                                                     |
| 09:01 | 10 | THE COURT:  Pleasure.                                                      |
| 09:01 | 11 | MR. SCHWARTZ:  Your Honor, Bryan Schwartz for                              |
|       | 12 | plaintiffs.                                                                |
| 09:01 | 13 | MR. SEPLOW:  I'm Michael Seplow for plaintiffs.                            |
|       | 14 | Good morning, Your Honor.                                                  |
| 09:01 | 15 | THE COURT:  Good morning.  How are all of you                              |
|       | 16 | today?                                                                     |
| 09:01 | 17 | In Case No. 13-0561, before this Court is the                              |
|       | 18 | unopposed Motion for Preliminary Approval of Class Action                  |
|       | 19 | Settlement.                                                                |
| 09:01 | 20 | Plaintiff's are seeking preliminary approval for                           |
|       | 21 | $36 million in a settlement between Staff Appraiser                        |
|       | 22 | Plaintiffs and Defendants Bank of America Corporation,                     |
|       | 23 | LandSafe Inc., and LandSafe Appraisal Services, and also to                |
|       | 24 | name Kurtzman Carson Consultants as the "class"                            |
|       | 25 | administrator; to authorize the mailing of notices to the                  |

```
            1   Staff Appraiser, California Class, and the nationwide
            2   Collective Class, and to schedule a final approval date.
09:02       3        This case concerns allegations that defendants
            4   misclassified residential real estate appraisers as exempt
            5   from overtime and failed to provide meal breaks and rest
            6   breaks, resulting in lost wages for the class members.
09:02       7        In April, this Court held a hearing on the parties'
            8   cross-motions for summary judgment; and in May denied
            9   defendants' motion and granted plaintiffs' motion.
           10   Defendants filed a motion for decertification and
           11   interlocutory appeal.  Prior to ruling on those matters, the
           12   parties filed a notice of settlement with the Court.
09:03      13        On August 24, 2015, plaintiffs' filed the Unopposed
           14   Motion for Preliminary Approval of a Class Action
           15   Settlement.  The settlement provides as follows:
09:03      16        First, a total non-reversionary settlement of
           17   $36 million, with a one-third set-aside for attorney's fees;
           18   not more than $200,000 for litigation costs; enhancements of
           19   $25,000 for each named plaintiff, $2,000 for each deponent,
           20   and $,1000 for each class member that responded to discovery
           21   requests; a payment of $75,000 to California's Workers --
           22   or, California's Labor Workforce Development Agency and the
           23   PAGA claims; and the claims administrator's charges to total
           24   no more than $18,000.
09:03      25        This leaves $23,556,000 as the net settlement
```

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | amount.  For the class size of 365 members, this leaves        |
|       | 2  | approximately $65,000 per class member to be allocated based   |
|       | 3  | on the number of appraisals conducted.  This is around         |
|       | 4  | 33 percent of the total potential recovery.                    |
| 09:04 | 5  | Preliminarily, this Court believes that this is a              |
|       | 6  | favorable settlement, considering the risk of                  |
|       | 7  | decertification and potential delays on appeal.                |
| 09:04 | 8  | The class notice adequately explains the purpose of            |
|       | 9  | the class notice, and describes the litigation, the terms of   |
|       | 10 | the settlement, and each class member's options with regard    |
|       | 11 | to participating in the settlement.  The Class Notice          |
|       | 12 | provides information regarding the consequences of doing       |
|       | 13 | nothing, the final approval hearing, and how class members     |
|       | 14 | can obtain additional information, object, or opt out.         |
|       | 15 | Thus, the Court finds that notice and opt-out procedures       |
|       | 16 | seem fair.  The class is a manageable size, and it appears     |
|       | 17 | that everyone should be able to be contacted effectively       |
|       | 18 | based on the procedures in the notice.                         |
| 09:05 | 19 | Based upon the information in the motion,                      |
|       | 20 | declarations, and the Court's long history with this           |
|       | 21 | litigation, I'm tentatively satisfied that the settlement      |
|       | 22 | was non-collusive.                                             |
| 09:05 | 23 | And also, released claims for class members include            |
|       | 24 | all claims alleged in the lawsuit, and named plaintiffs are    |
|       | 25 | signing a general release.                                     |

```
09:05    1              Now, I want to make certain and find out today by
         2    asking if there's any members present in court who object to
         3    this?
09:05    4              All right.  Hearing none, I've considered the
         5    relevant factors, and it appears that this settlement is
         6    appropriate for preliminary approval.  The settlement
         7    initially appears fair, adequate and reasonable.
09:05    8              I'm prepared simply to stamp -- or sign the
         9    proposed order, unless there's something else that you wish
        10    to call to my attention.
09:05   11              And I will say that very rarely, if ever, can I
        12    remember, in the last 17 years, going above 30 percent.  The
        13    benchmark's 25 percent.  In this case, with the complexity
        14    of this lawsuit, I think that the 33 percent is called for.
        15    And I'll make that record now so that, at the time of final
        16    approval, if somebody's objecting, they know the Court's
        17    tentative thought and can come in.
09:06   18              Now, Counsel, is there anything further on behalf
        19    of the plaintiff?
09:06   20              MR. SCHWARTZ:  Thank you, Your Honor.  Just to set
        21    a date.
09:06   22              THE COURT:  And what date's convenient for you
        23    gentlemen?  I'm here all the time -- well, most of the time.
09:06   24              MR. SCHWARTZ:  Your Honor, for the final approval
        25    motion, we would set January 11, 2016 -- I'm sorry -- for it
```

```
          1   to be heard on that date.
09:06     2            THE COURT:  January 11th, 2016 is fine.
09:06     3            MR. SCHWARTZ:  Thank you.
09:06     4        And if for some reason the data exchange takes
          5   longer, then, obviously, we'll ask for --
09:06     6            THE COURT:  Now, Counsel, I may -- I may be
          7   putting on a counter-terrorism program in Indonesia that
          8   week.  I'm just not sure.  But that week was tossed out to
          9   me last week, from memory.  I think it starts January 12th.
09:07    10        So, with your permission, let's set it on that
         11   date; but I may have to change that date, depending upon
         12   communications with the State Department.  Okay?  And it may
         13   be a little bit earlier.
09:07    14            MR. SCHWARTZ:  Thank you, Your Honor.
09:07    15            THE COURT:  Maybe a Thursday or Friday before I
         16   leave.
09:07    17            MR. SCHWARTZ:  Thank you.
09:07    18        And then we'll file our final approval papers by --
         19   well, let's see.  I'm sorry.  We don't have to put that in
         20   the order.  But file our fee motion by November 23rd to
         21   ensure that it gets in before the end of the opt-out period.
09:07    22            THE COURT:  Okay.
09:07    23        Anything further on behalf of plaintiffs?
09:07    24            MR. SCHWARTZ:  No, Your Honor.
09:07    25            THE COURT:  On behalf of the defense?
```

```
09:07   1            MR. MANDEL:  No, Your Honor.
09:07   2            THE COURT:  Pleasure visiting with all of you.
        3   It's been quite a case by the way.  Very, very interesting.
09:07   4         Thank you very much.
09:07   5            MR. MANDEL:  Most interesting case on your docket,
        6   Your Honor.
09:07   7         (Laughter in the courtroom.)
09:07   8         (Proceedings adjourned at 9:07 a.m.)
09:07   9                           -oOo-
09:07  10
       11
       12
       13
       14
       15
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25
```

**DEBBIE GALE, U.S. COURT REPORTER**

8:13-CV-0561-DOC - 9/28/2015 - Item No. 9

10

```
09:07   1                            -oOo-
09:07   2
09:07   3                          CERTIFICATE
09:07   4
09:07   5        I hereby certify that pursuant to Section 753,
        6   Title 28, United States Code, the foregoing is a true and
        7   correct transcript of the stenographically reported
        8   proceedings held in the above-entitled matter and that the
        9   transcript page format is in conformance with the
       10   regulations of the Judicial Conference of the United States.
09:07  11
09:07  12   Date:   October 5, 2015
09:07  13
09:07   14
09:07                              /s/ Debbie Gale
09:07  15                       _____
09:07                           DEBBIE GALE, U.S. COURT REPORTER
09:07  16                       CSR NO. 9472, RPR, CCRR
09:07  17
       18
       19
       20
       21
       22
       23
       24
       25
```

**DEBBIE GALE, U.S. COURT REPORTER**