**Bryan Schwartz Law**
**Fee Summary in Support of Plaintiffs' Motion for Attorneys' Fees**
*Boyd v. Bank of America*

Post-2/25/2014 Fees and Costs

| Time-Keeper (year of law school graduation) | Description | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|
| Schwartz, Bryan (2000) | Proprietor | $650 | 601.30 | $ 390,845.00 |
| Jhaveri-Weeks, William (2007) | Associate | $485 | 428.70 | $ 207,919.50 |
| Meleshinsky, Eduard (2014) | Associate | $350 | 511.40 | $ 178,990.00 |
| Terp, Rachel (2012) | Associate | $400 | 126.70 | $ 50,680.00 |
| Olude, Adetunji (2009) | Associate | $460 | 1.30 | $ 598.00 |
| Law Clerks | | $200 | 52.60 | $ 10,520.00 |
| Paralegals | | $200 | 104.80 | $ 20,960.00 |
| Legal Assistants | | $150 | 56.40 | $ 8,460.00 |
| Costs | | | | $ 17,026.80 |
| **Total Fees** | | | **1,883.20** | **$ 868,972.50** |
| **Total Fees and Costs** | | | | **885,999.30** |