BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
bryan@bryanschwartzlaw.com
Rachel M. Terp (SBN 290666)
rachel@bryanschwartzlaw.com
Eduard R. Meleshinsky (SBN 300547)
eduard@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
Wilmer J. Harris (SBN 150407)
wharris@sshhlaw.com
Isabel M. Daniels (SBN 270887)
idaniels@sshhlaw.com
715 Fremont Ave.
S. Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 399-7040

[Additional counsel on following page]
*Attorneys for Individual and Representative Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Terry P. Boyd, Ethel Joann Parks, Sonia Medina, Linda Zanko, and Victor Galaz, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. SACV13-00561-DOC (JPRx)<br><br>**DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT OF PLAINTIFFS' UNPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: January 19, 2016<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Hon. David O. Carter |

**DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPPROVAL AND FOR ATTORNEY'S FEES AND COSTS**

SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
Benjamin Schonbrun (SBN 118323)
schonbrun.ben@gmail.com
Michael D. Seplow (SBN 150183)
mseplow@gmail.com
Aidan C. McGlaze (SBN 277270)
amcglaze.@sshlaw.com
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

*Attorneys for Individual and Representative Plaintiffs and the Class*

**DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL AND FOR ATTORNEY'S FEES AND COSTS**

I, Michael D. Seplow, declare as follows:

1. I am an attorney-at-law and a partner with the firm Schonbrun Seplow Harris & Hoffman LLP ("SSHH") and am counsel of record for plaintiffs in the instant action. I am a member of the State Bar of California and am admitted to practice before this Court. The facts set forth in this declaration are true and of my own personal knowledge, and I have firsthand knowledge of them. If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2. This declaration is submitted in support of Plaintiffs' Unopposed Motions for Final Approval of Settlement and for Attorneys' Fees and Costs. In particular, this declaration is being submitted to update the Court as to the additional costs and attorneys' fees that have been incurred since the filing of the Motion for Attorneys' Fees as well as the additional work that needs to be completed in connection with the disbursement of the funds to the class upon final approval of the settlement.

3. As set forth in the Declaration of my law partner Wilmer J. Harris in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, [Dkt. 380] my firm's lodestar for work performed on behalf of Staff Appraisers through November 19, 2015 is $1,399,842.50 for a total of 2470 hours. Since that time, my has expended additional time on this case. Attached as **Exhibit A** is a true and correct copy of the time that my firm and I have spent working on this case, which includes an estimated 25 hours of additional time that will be spent by the time all distributions have been made after Final Approval, which shows a total lodestar of $1,461,721.50. In addition, my firm's lodestar for the work performed on behalf of both groups is $319,655.63 (this figure already takes into consideration the 50% of fees accounted for in the review appraiser settlement, as ordered by the Court on

---

**DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL AND FOR ATTORNEY'S FEES AND COSTS**

1

November 18, 2014, s*ee* ECF No. 276 at 18). Thus, my firm's total lodestar for this case is projected to be $1,781,377.13.

4.  My co-counsel and my firm are requesting reimbursement from the fund for out-of-pocket expenses incurred during this litigation in the amount not to exceed $200,000. My co-counsel is requesting a total of $17,775.47, which includes estimated costs through the Final Approval Hearing. *See* Supplemental Declaration of Bryan Schwartz at ¶6. My firm's total costs for this case are projected to be $157,753.07. Attached hereto and marked as **Exhibit B** is a true and correct notation of the expenses that my firm has advanced or will advance in the instant case. This includes an additional $2,500 for the remaining work Dr. Brian Kriegler of EconOne based on an estimate from Dr. Kriegler. In particular, Dr. Kriegler will work with Plaintiffs' counsel to calculate and verify the distributions to each class member pursuant to the settlement formula. Accordingly, Plaintiffs' counsel is seeking total costs reimbursement in the amount of $175,528.54, which is less than the $200,000 allocated for costs under the terms of the Settlement Agreement and approved by the Court in the order granting preliminary approval.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on January 11, 2016, at Venice, California.

By: *s/Michael D. Seplow*
_____
Michael D. Seplow